1  DAVID L. ANDERSON (CABN 149604)
United States Attorney
2  SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3  PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
FAX: (415) 436-6748
pamela.johann@usdoj.gov

JAMES A. SCHARF (CABN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA  95113
Telephone:  (408) 535-5044
Fax:  (408) 535-5081
james.scharf@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY GIBSON,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>  Defendant. | No. 3:17-cv-03637 JCS-LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and pursuant to the Settlement Agreement entered into by the parties to this action.  Each party shall bear its own fees and costs.

///

///

STIPULATION OF DISMISSAL WITH PREJUDICE
3:17-cv-03637-JCS-LB                              1

| | | |
|---|---|---|
| 1 | DATED: September 6, 2019 | DAVID L. ANDERSON<br>United States Attorney |
| 2 | | *signature* |
| 3 | | Pamela T. Johann<br>Assistant United States Attorney |
| 4 | | |
| 5 | | Attorneys for Defendant United States of America |
| 6 | DATED: September 6, 2019 | *signature* |
| 7 | | Hilary A. Gibson<br>Plaintiff |
| 10 | DATED: September 6, 2019 | LAW OFFICE OF MARK BALLER, ESQ.<br>*Mark Baller*<br>Mark Baller<br>Attorney for Plaintiff Hilary A. Gibson |

**ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all signatories have concurred in the filing of this document.

DATED: September 23, 2019                    /s/ Pamela T. Johann
                                                                        Pamela T. Johann

Dated: 9/25/19

**IT IS SO ORDERED**
*signature*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA